UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY L. HUGHES,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON et al.,<br><br>        Defendants. | CASE NO.  C10-5284RBL/JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the United States Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

1) The court adopts the Report and Recommendation.

2) This action is DISMISSED WITH PREJEUDICE with the dismissal counting as a strike pursuant to 28 U.S.C. 1915 (g).

3) The clerk is directed to send copies of this Order to Plaintiff, and the Hon. J. Richard Creatura.

DATED this 30th day of August, 2010.

                                        /s/ Ronald B. Leighton
                                        RONALD B. LEIGHTON
                                        UNITED STATES DISTRICT JUDGE

ORDER - 1