# United States District Court

WESTERN DISTRICT OF WASHINGTON

GREGORY L. HUGHES,

        v.

STATE OF WASHINGTON et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C10-5284RBL/JRC

___      **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_      **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

1)      The court adopts the Report and Recommendation; and

2)      This action is DISMISSED WITH PREJUDICE with the dismissal counting as a strike pursuant to 28 U.S.C. 1915 (g).

September 1, 2010
Date

BRUCE RIFKIN
Clerk

*s/ Mary Trent*
Deputy Clerk